IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CRAIG S. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-4291-CV-C-NKL |
| | ) | |
| ANTHONY MENDITTO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 23, 2005, the United States Magistrate Judge recommended that plaintiff's motion for leave to proceed in forma pauperis be denied and plaintiff's claims be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b). The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's motion for leave to proceed in forma pauperis is denied and his claims are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to comply with court orders [1].

/s/ Nanette Laughrey

NANETTE K. LAUGHREY
United States District Judge

Dated: 6-21-05
Jefferson City, Missouri